690 A.2d 1035

IN THE MATTER OF HUGO L. MORAS, AN ATTORNEY AT LAW.

April 4, 1997.

### ORDER

**HUGO L. MORAS** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1975, having been suspended from the practice of law by Order of this Court dated March 7, 1997, pursuant to *Rule* 1:20–11A(a) for failure to comply with a prior order of the Chancery Division, Family Part to pay child support arrearages;

And the Supreme Court having received an order issued by the Chancery Division, Family Part calling for the reinstatement of respondent to practice, pursuant to *Rule* 1:20–11A(a);

And good cause appearing;

It is ORDERED that **HUGO L. MORAS** is hereby reinstated to the practice of law, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.